ANDRÉ BIROTTE JR.
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
VICTOR A. RODGERS
California Bar No. 101281
Assistant United States Attorney
Asset Forfeiture Section
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-2569
    Facsimile:  (213) 894-7177
    E-mail:    Victor.Rodgers@usdoj.gov  JS 6

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>$230,560.00 IN U.S.<br>CURRENCY, ET AL.,<br><br>        Defendants.<br><br>NICOLAS SENDIS, JENNIFER<br>SENDIS, JUANA SENDIS,<br>ANGELITA SENDIS, ROGELIO<br>SENDIS AND SALVADOR SENDIS,<br><br>        Claimants. | NO. CV 09-3123-DSF(FFMx)<br><br>**CONSENT JUDGMENT OF FORFEITURE BETWEEN PLAINTIFF UNITED STATES OF AMERICA AND CLAIMANTS NICOLAS SENDIS AND JENNIFER SENDIS WITH RESPECT TO THE DEFENDANT ASSETS CLAIMED BY CLAIMANTS NICOLAS SENDIS AND JENNIFER SENDIS IN THIS CIVIL FORFEITURE PROCEEDING**<br><br>[This Proposed Consent Judgment Is Not Dispositive Of This Entire Action] |

     On or about May 4, 2009, plaintiff United States of America ("the United States of America") filed a Complaint for Forfeiture alleging that the defendants are subject to forfeiture pursuant to

18 U.S.C. §§ 981(a)(1)(A) & (C) and 21 U.S.C. § 881(a)(6). The defendants named in the Complaint are:

    (1) $230,560.00 in U.S. Currency (which consists of $218,018.00 seized from Nicolas Sendis and Jennifer Sendis' Whittier, California residence [the "N-J Sendis Residence"] and $12,542.00 seized from Juana Sendis' Whittier, California residence [the "Juana Sendis Residence"]);

    (2) Four watches (which were seized from the N-J Sendis Residence and consist of one men's Breitling Bentley model watch with serial number 0073624525; one men's 18kt yellow gold Rolex Daytona watch with serial number Z427840; one ladies gold diamond Rolex watch with serial number Z155236; and one stainless steel IWC Schaffhausen watch with serial number 3204284);

    (3) Twelve flat screen televisions (which consist of ten flat screen screens seized from the N-J Sendis residence and two flat screens seized from the Juana Sendis residence. The ten flat screens seized from the N-J Sendis Residence are: one Vizio 47 inch HDTV LCD television with serial number LHPAEAH1661239; one Samsung 46 inch LCD television with serial number AJ723CSP704009A; one Pioneer 46 inch plasma television with serial number DCSS008174NK; one Samsung 42 inch plasma televison with serial number B3373CEP313159L; one Vizio 42 inch HDTV LCD television with serial number LSPBYCJ1100647; one Toshiba 23 inch Theater Wide HDTV LCD television with serial number DX105008391; one Toshiba 26 inch HDTV LCD Television with serial number 79Z10209; one Toshiba 32 inch Regza HDTV LCD television with serial number AM379043608; one Toshiba 32 inch Regza HDTV LCD television with serial number AM379043612; one Pioneer 61 inch plasma television with serial

number DJNF000865UJ; one Panasonic television wall mount; and one Flush wall mount. The two flat screens seized from the Juana Sendis Residence are: one Samsung 52 inch LCD television with serial number ALOT3CFQ707178N; and one Pioneer 46 inch plasma television with serial number DC3500818NK);

(4) Two 2009 E-Z Go Golf Carts (which consist of two four-passenger golf carts with Serial Numbers 5026023 and 5050841 seized from the N-J Sendis Residence);

(5) Two 2006 Suzuki GSX Motorcycles (which consist of one motorcycle with VIN Number JS1GT76A862112406 seized from the N-J Sendis Residence and one motorcycle with VIN Number JS1GT76A862112441 seized from the Juana Sendis Residence);

(6) One 2008 Jeep Wrangler (which vehicle has VIN Number 1J8GA69148L575764 and was seized from the Juana Sendis Residence);

(7) One 2002 Toyota Sequoia Ltd (which vehicle has VIN Number 5TDZT38A92S121056 and was seized from the Juana Sendis Residence);

(8) One 2005 Chevrolet Equinox Ltd (which vehicle has VIN Number 2CNDL63F456077167 and was seized from the Juana Sendis Residence);

(9) One 2006 Yamaha Rhino ATV (which vehicle has VIN Number 5Y4AM04Y96A021562 and was seized from the N-J Sendis Residence);

(10) One 2008 Aztex Standard Utility Trailer (which vehicle has VIN Number 4ZBSU11098F002106 and was seized from the N-J Sendis Residence); and

(11) Three video game systems (which were seized from the N-J Sendis Residence and consist of one Nintendo WII video game system with serial number LU361974279; one Microsoft Xbox 360 video game system with serial number 421567372905; one Sony Play Station 3

video game system with serial number CK503536495; eight Nintendo video games; five XBOX video games; and three Nyko accessories).

On or about July 6, 2009, the following claims were filed in this action:

(1) claimant Nicolas Sendis filed a claim to $218,018.00 of the defendant $230,560.00 in U.S. Currency (consisting of the $218,018.00 seized from the N-J Sendis Residence); three of the defendant Four Watches (consisting of one men's Breitling Bentley model watch with serial number 0073624525; one men's 18kt yellow gold Rolex Daytona watch with serial number Z427840; and one stainless steel IWC Schaffhausen watch with serial number 3204284); ten of the defendant Twelve Flat Screen Televisions (consisting of the ten flat screen televisions seized from the N-J Sendis Residence); defendant One 2008 Jeep Wrangler; defendant One 2006 Yamaha Rhino ATV; defendant One 2008 Aztex Standard Utility Trailer and defendant Three Video Games.  (The defendants claimed by Nicolas Sendis are referred to collectively as the "Nicolas Sendis-claimed defendants");

(2) claimant Jennifer Sendis filed a claim to $218,018.00 of the defendant $230,560.00 in U.S. Currency (consisting of the $218,018.00 seized from the N-J Sendis Residence); one of the defendant Four Watches (consisting of the one ladies gold diamond Rolex watch with serial number Z155236); ten of the defendant Twelve Flat Screen Televisions (consisting of the ten flat screen televisions seized from the N-J Sendis Residence); defendant One 2008 Jeep Wrangler; defendant One 2006 Yamaha Rhino ATV; defendant One 2008 Aztex Standard Utility Trailer and defendant Three Video Games.  (The defendants claimed by Jennifer Sendis are referred to

collectively as the "Jennifer Sendis-claimed defendants," and the defendants claimed by Nicolas Sendis and Jennifer Sendis are referred to collectively as the "Nicolas and Jennifer Sendis-claimed defendants");

(3)  claimant Juana Sendis filed a claim to $1,000.00 of the defendant $230,560.00 in U.S. Currency (consisting of $1,000.00 of the $12,542.00 seized from the Juana Sendis Residence); one of the defendant Twelve Flat Screen Televisions (consisting of the Samsung 52 inch LCD television with serial number ALOT3CFQ707178N seized from the Juana Sendis Residence); and defendant One 2002 Toyota Sequoia Ltd.;

(4)  claimant Angelita Sendis filed a claim to $780.00 of the defendant $230,560.00 in U.S. Currency (consisting of $780.00 of the $12,542.00 seized from the Juana Sendis Residence); and One 2005 Chevrolet Equinox Ltd.;

(5)  claimant Rogelio Sendis filed a claim to one of the defendant Twelve Flat Screen Televisions (consisting of the Pioneer 46 inch plasma television with serial number DC3500818NK seized form the Juana Sendis Residence); one of the defendant Two Suzuki GSX Motorcycles; One 2002 Toyota Sequoia Ltd.; One 2006 Yamaha Rhino ATV; and One 2008 Aztex Standard Utility Trailer; and

(6)  claimant Salvador Sendis filed a claim to defendant Two E-Z Go Golf Carts and one of the defendant Two Suzuki GSX Motorcycles.

On or about July 24, 2009, claimants Nicolas Sendis, Jennifer Sendis, Juana Sendis, Angelita Sendis, Rogelio Sendis and Salvador Sendis answered the Complaint. No other parties have appeared in this case and the time for filing claims and answers has expired.

    The United States of America, on the one hand, and claimants Nicolas Sendis and Jennifer Sendis, on the other hand, have now agreed to settle this action relative to the disputes between them with respect to the Nicolas and Jennifer Sendis-claimed defendants, and to avoid further litigation by entering into this Consent Judgment of Forfeiture.

    The Court having been duly advised of and having considered the matter, and based upon the mutual consent of the parties hereto,

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

    1.   As between the United States of America, on the one hand, and claimants Nicolas Sendis and Jennifer Sendis, on the other hand, this Court has jurisdiction over the subject matter of this action and the parties to this Consent Judgment of Forfeiture with respect to the Nicolas and Jennifer Sendis-claimed defendants.

    2.   As between the United States of America, on the one hand, and claimants Nicolas Sendis and Jennifer Sendis, on the other hand, the Complaint for Forfeiture states a claim for relief pursuant to 18 U.S.C. §§ 981(a)(1)(A) & (C) and 21 U.S.C. § 881(a)(6) with respect to the Nicolas and Jennifer Sendis-claimed defendants.

    3.   Notice of this action has been given as required by law. Except for the claim asserted by claimant Rogelio Sendis to the defendants One 2008 Jeep Wrangler, One 2006 Yamaha Rhino ATV and One 2008 Aztex Standard Utility Trailer, no appearances have been made in this case by any person with respect to the Nicolas and Jennifer Sendis-claimed defendants other than claimants Nicolas Sendis and Jennifer Sendis. The Court deems that all other

1  potential claimants, except for claimant Rogelio Sendis with
2  respect to the defendants One 2008 Jeep Wrangler, One 2006 Yamaha
3  Rhino ATV and One 2008 Aztex Standard Utility Trailer, admit the
4  allegations of the Complaint for Forfeiture to be true with respect
5  to the Nicolas and Jennifer Sendis-claimed defendants.
6      4.   The Nicolas and Jennifer Sendis-claimed defendants
7  (including all interest earned by the United States of America on
8  the $218,018.00 seized from the N-J Sendis Residence) are hereby
9  condemned and forfeited to the United States of America, which
10 shall dispose of those defendants in accordance with law.
11     5.   Claimants Nicolas Sendis and Jennifer Sendis, and each of
12 them, hereby release the United States of America, its agencies,
13 agents, officers, employees and representatives, including, without
14 limitation, all agents, officers, employees and representatives of
15 the Drug Enforcement Administration and the Department of Justice
16 and their respective agencies, as well as all agents, officers,
17 employees and representatives of any state or local governmental or
18 law enforcement agency involved in the investigation or prosecution
19 of this matter, from any and all claims, actions, or liabilities
20 arising out of or related to this action, including, without
21 limitation, any claim for attorney fees, costs, and interest, which
22 may be asserted by or on behalf of claimants Nicolas Sendis and
23 Jennifer Sendis, or either of them.
24     6.   As between the United States of America, on the one hand,
25 and claimants Nicolas Sendis and Jennifer Sendis, on the other
26 hand, the Court finds that there was reasonable cause for the
27 seizure of the Nicolas and Jennifer Sendis-claimed defendants and
28 institution of these proceedings against those defendants.  This

judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465 as between the United States of America, on the one hand, and claimants Nicolas Sendis and Jennifer Sendis, on the other hand, with respect to the Nicolas and Jennifer Sendis-claimed defendants.

7.  The Court further finds that claimants Nicolas Sendis and Jennifer Sendis did not substantially prevail in this action, and each of the parties hereto shall bear their own attorney fees and costs.                   7/16/10

DATED:_____    _____
                                 THE HONORABLE DALE S. FISCHER
                                 UNITED STATES DISTRICT JUDGE

<u>CONSENT</u>

The parties hereto consent to the above Consent Judgment of Forfeiture and waive any right of appeal of this Consent Judgment of Forfeiture.

DATED: July 15, 2010

ANDRÉ BIROTTE JR.
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

<u>/s/ Victor A. Rodgers</u>
VICTOR A. RODGERS
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

DATED: July 9, 2010

PAUL L. GABBERT
Attorney at Law

<u>/s/ Paul L. Gabbert</u>
PAUL L. GABBERT

Attorney for Claimants
NICOLAS SENDIS, JENNIFER SENDIS, JUANA SENDIS, ANGELITA SENDIS, ROGELIO SENDIS and SALVADOR SENDIS