ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
VICTOR A. RODGERS
California Bar No. 101281
Assistant United States Attorney
Asset Forfeiture Section
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2569
    Facsimile: (213) 894-7177
    E-mail: Victor.Rodgers@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>$230,560.00 IN U.S. CURRENCY, ET AL.,<br><br>    Defendants.<br><br>NICOLAS SENDIS, JENNIFER SENDIS, JUANA SENDIS, ANGELITA SENDIS, ROGELIO SENDIS and SALVADOR SENDIS,<br><br>    Claimants. | Case No. CV 09-3123-DSF(FFMx)<br><br>**CONSENT JUDGMENT OF FORFEITURE BETWEEN PLAINTIFF UNITED STATES OF AMERICA AND CLAIMANTS JUANA SENDIS, ANGELITA SENDIS, ROGELIO SENDIS AND SALVADOR SENDIS WITH RESPECT TO THE DEFENDANT ASSETS CLAIMED BY CLAIMANTS JUANA SENDIS, ANGELITA SENDIS, ROGELIO SENDIS AND SALVADOR SENDIS IN THIS CIVIL FORFEITURE PROCEEDING** |

    On or about May 4, 2009, plaintiff United States of America ("the government," "the United States of America" or

1  "plaintiff") filed a Complaint for Forfeiture alleging that the
2  defendants are subject to forfeiture pursuant to 18 U.S.C.
3  §§ 981(a)(1)(A) & (C) and 21 U.S.C. § 881(a)(6);
4       Claimants Nicolas Sendis and Jennifer Sendis filed claims
5  on or about July 6, 2009 to various defendants, and answered the
6  complaint on or about July 24, 2009.  On or about July 16, 2010,
7  the Court signed a Consent Judgment of Forfeiture between the
8  United States of America, on the one hand, and claimants Nicolas
9  Sendis and Jennifer Sendis, on the other hand, which resolved
10 the litigation as to those claimants;
11      Claimants Juana Sendis, Angelita Sendis, Rogelio Sendis and
12 Salvador Sendis filed claims on or about July 6, 2009 to various
13 defendants as follows:
14           (1)  claimant Juana Sendis filed a claim to $1,000.00
15 of the defendant $230,560.00 in U.S. Currency; one of the
16 defendant Twelve Flat Screen Televisions (consisting of the
17 Samsung 52 inch LCD television with serial number
18 ALOT3CFQ707178N); and defendant One 2002 Toyota Sequoia Ltd.
19 (The defendants claimed by Juana Sendis are referred to
20 collectively as the "Juana Sendis-claimed defendants");
21           (2)  claimant Angelita Sendis filed a claim to $780.00
22 of the defendant $230,560.00 in U.S. Currency; and One 2005
23 Chevrolet Equinox Ltd.  (The defendants claimed by Angelita
24 Sendis are referred to collectively as the "Angelita Sendis-
25 claimed defendants");
26           (3)  claimant Rogelio Sendis filed a claim to one of
27 the defendant Twelve Flat Screen Televisions (consisting of the
28 Pioneer 46 inch plasma television with serial number

1  DC3500818NK); one of the defendant Two Suzuki GSX Motorcycles;
2  One 2002 Toyota Sequoia Ltd.; One 2006 Yamaha Rhino ATV; and One
3  2008 Aztex Standard Utility Trailer.  (The defendants claimed by
4  Rogelio Sendis, with the exception of the defendant One 2002
5  Toyota Sequoia Ltd., are referred to collectively as the
6  "Rogelio Sendis-claimed defendants"); and
7           (4)  claimant Salvador Sendis filed a claim to
8  defendant Two E-Z Go Golf Carts and one of the defendant Two
9  Suzuki GSX Motorcycles.  (The defendants claimed by Salvador
10 Sendis are referred to collectively as the "Salvador Sendis-
11 claimed defendants," and the defendants claimed by Juana Sendis,
12 Angelita Sendis, Rogelio Sendis and Salvador Sendis are referred
13 to collectively as the "Juana, Angelita, Rogelio and Salvador
14 Sendis-claimed defendants").
15      Claimants Juana Sendis, Angelita Sendis, Rogelio Sendis and
16 Salvador Sendis answered the complaint on or about July 24,
17 2009.  No other parties have appeared in this case and the time
18 for filing claims and answers has expired;
19      The United States of America, on the one hand, and
20 claimants Juana Sendis, Angelita Sendis, Rogelio Sendis and
21 Salvador Sendis, on the other hand, have now agreed to settle
22 this action relative to the disputes between them with respect
23 to the Juana, Angelita, Rogelio and Salvador Sendis-claimed
24 defendants and to avoid further litigation by entering into this
25 Consent Judgment of Forfeiture.
26      The Court, having been duly advised of and having
27 considered the matter, and based upon the mutual consent of the
28 parties hereto,

1     IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

2     1.   As between the United States of America, on the one hand, and claimants Juana Sendis, Angelita Sendis, Rogelio Sendis and Salvador Sendis, on the other hand, this Court has jurisdiction over the subject matter of this action and the parties to this Consent Judgment of Forfeiture with respect to the Juana, Angelita, Rogelio and Salvador Sendis-claimed defendants.

    2.   As between the United States of America, on the one hand, and claimants Juana Sendis, Angelita Sendis, Rogelio Sendis and Salvador Sendis, on the other hand, the Complaint for Forfeiture states a claim for relief pursuant to 18 U.S.C. §§ 981(a)(1)(A) & (C) and 21 U.S.C. § 881(a)(6) with respect to the Juana, Angelita, Rogelio and Salvador Sendis-claimed defendants.

    3.   Notice of this action has been given as required by law.  No appearances have been made in the litigation by any person with respect to the Juana, Angelita, Rogelio and Salvador Sendis-claimed defendants other than claimants Juana Sendis, Angelita Sendis, Rogelio Sendis and Salvador Sendis.  The Court deems that all other potential claimants admit the allegations of the Complaint for Forfeiture to be true with respect to the Juana, Angelita, Rogelio and Salvador Sendis-claimed defendants.

    4.   The Juana Sendis-claimed defendants, plus any interest earned by the United States of America on the $1,000.00 in U.S. Currency claimed by claimant Juana Sendis, shall be returned to claimant Juana Sendis.  As to the Samsung 52 inch LCD television with serial number ALOT3CFQ707178N (<u>i.e.</u>, one of the defendant

1  Twelve Flat Screen Televisions) and defendant One 2002 Toyota
2  Sequoia Ltd., those items shall be returned to claimant Juana
3  Sendis by making them available for pick up by claimant Juana
4  Sendis (who may be contacted care of her attorney, Paul L.
5  Gabbert, Esq., 2115 Main Street, Santa Monica, California 90405,
6  telephone number 310.399-3259, facsimile number 310.392-9029,
7  email address plgabbert@aol.com).  The funds to be returned to
8  claimant Juana Sendis shall be paid to claimant Juana Sendis by
9  electronic transfer directly into the client trust account of
10 Paul L. Gabbert, attorney of record for claimant Juana Sendis in
11 this case.  Claimant Juana Sendis (through her attorney of
12 record Paul L. Gabbert, Esq.) shall provide information to the
13 United States of America in order for the United States of
14 America to process the transfer.
15      5.   The Angelita Sendis-claimed defendants, Rogelio
16 Sendis-claimed defendants and Salvador Sendis-claimed defendants
17 (plus any interest earned by the United States of America on the
18 $780.00 claimed by Angelita Sendis) are hereby condemned and
19 forfeited to the United States of America, which shall dispose
20 of those defendants in accordance with law.
21      6.   Claimants Juana Sendis, Angelita Sendis, Rogelio
22 Sendis and Salvador Sendis, and each of them, hereby release the
23 United States of America, its agencies, agents, officers,
24 employees and representatives, including, without limitation,
25 all agents, officers, employees and representatives of the Drug
26 Enforcement Administration and the Department of Justice and
27 their respective agencies, as well as all agents, officers,
28 employees and representatives of any state or local governmental

1 or law enforcement agency involved in the investigation or
2 prosecution of this matter, from any and all claims, actions, or
3 liabilities arising out of or related to this action, including,
4 without limitation, any claim for attorney fees, costs, and
5 interest, which may be asserted by or on behalf of claimants
6 Juana Sendis, Angelita Sendis, Rogelio Sendis and Salvador
7 Sendis, or any of them.

8     7.   As between the United States of America, on the one
9 hand, and claimants Juana Sendis, Angelita Sendis, Rogelio
10 Sendis and Salvador Sendis, on the other hand, the Court finds
11 that there was reasonable cause for the seizure of the Juana,
12 Angelita, Rogelio and Salvador Sendis-claimed defendants and
13 institution of these proceedings against those defendants.  This
14 judgment shall be construed as a certificate of reasonable cause
15 pursuant to 28 U.S.C. § 2465 as between the United States of
16 America, on the one hand, and claimants Juana Sendis, Angelita
17 Sendis, Rogelio Sendis and Salvador Sendis, on the other hand,
18 with respect to the Juana, Angelita, Rogelio and Salvador
19 Sendis-claimed defendants.

20     8.   The Court further finds that claimants Juana Sendis,
21 Angelita Sendis, Rogelio Sendis and Salvador Sendis did not
22 substantially prevail in this action, and each of the parties
23 hereto shall bear their own attorney fees and costs.

Dated: 5/23/14

*/s/ Dale S. Fischer*

THE HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

## CONSENT

The parties hereto consent to the above judgment and waive any right to appeal this judgment.

Dated: May 20, 2014

    ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United states Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

/s/ Victor A. Rodgers
VICTOR A. RODGERS
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: May 18, 2014

PAUL L. GABBERT
Attorney at Law

/s/ Paul L. Gabbert
PAUL L. GABBERT

Attorneys for Claimants
NICOLAS SENDIS, JENNIFER SENDIS, JUANA SENDIS, ANGELITA SENDIS, ROGELIO SENDIS and SALVADOR SENDIS